# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **NICE GLASS, LLC,** | )<br>) |
| Plaintiff/Counterclaim Defendant, | )<br>) |
| vs. | )<br>) |
| **COLL FINANCIAL HOLDINGS, LLC d/b/a C2 FIBERS, LLC, RENEE COLL, and BRIAN COLL,** | )<br>)<br>) Case No. 4:18-CV-01835-NCC<br>) |
| Defendants/Counterclaim Plaintiffs, | )<br>) |
| vs. | )<br>) |
| **EVERTRAK LLC f/k/a NICE RAIL PRODUCTS, LLC, VOESTALPINE NORTRAK, INC., QRS PLASTICS LLC, RE-POLY, LLC, TIMOTHY R. NOONAN, and MATTHEW B. MOORE,** | )<br>)<br>)<br>)<br>)<br>) |
| Counterclaim Defendants. | ) |

## ORDER OF DISMISSAL

Before the Court is the parties' Joint Stipulation for Dismissal with Prejudice (Doc. 99). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties give notice that all controversies in this matter between them have been settled, and stipulate to the dismissal of this action with prejudice, with each party to bear its own costs and attorneys' fees.

Accordingly,

**IT IS HEREBY ORDERED** that this matter is **DISMISSED, with prejudice**, with each party to bear its own costs and attorneys' fees.

Dated this 5th day of May, 2021.

                                                      /s/ Noelle C. Collins
                                                    NOELLE C. COLLINS
                                                    UNITED STATES MAGISTRATE JUDGE